**No. 65477.**—Senter Brass Products Corp. *v.* United States, protest 60/17597 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies

the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.